IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 174

| | | |
|---|---|---|
| CAROLINA FIRST BANK, | ) | |
| Plaintiff | ) ) ) | |
| V | ) ) | **ORDER** |
| CHARLES STAMBAUGH and CAMILLA STAMBAUGH, | ) ) ) ) | |
| Defendants | ) ) | |

**THIS MATTER** is before the court on Sherri L. Brewer's Application for Admission to Practice *Pro Hac Vice* of Charles L. Stambaugh. It appearing that Charles L. Stambaugh is a member in good standing with the Florida Bar and will be appearing with Sherri L. Brewer, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sherri L. Brewer's Application for Admission to Practice *Pro Hac Vice* (#2) of Charles L. Stambaugh is **GRANTED**, and that Charles L. Stambaugh is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Sherri L. Brewer.

Signed: August 23, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge