# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv174

| | |
|---|---|
| CAROLINA FIRST BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES STAMBAUGH and | ) |
| CAMILLA STAMBAUGH, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## J U D G M E N T

For the reasons stated in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion for Summary Judgment on Affirmative Defense of Laches [Doc. 21] is **DENIED**; the Plaintiff's Motion for Summary Judgment [Doc. 22] is **GRANTED**; and the Defendants' counterclaim is **DISMISSED**.

Judgment is hereby entered in favor of the Plaintiff against the Defendants in the amount of $328,274.40 plus interest at the rate of $34.08 per day from and after June 30, 2011, plus an award of attorneys' fees in the amount of $50,375.20.

Signed: December 13, 2011

*[Signature]*

Martin Reidinger
United States District Judge